David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8845 W Flamingo, Rd., Ste., 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOAN CALHOUN, | 2:17-cv-02295-APG-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND** |
| AUTO CLUB GROUP INSURANCE COMPANY, a Michigan corporation | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the Plaintiff, JOAN CALHOUN and Defendant, AUTO CLUB GROUP INSURANCE COMPANY, by and through their respective counsel of record, that:

Plaintiff filed its Motion to Remand ("Motion") on September 15, 2017, which is currently set for hearing on November 2, 2017. Counsel for Defendant has a calendar conflict as he is scheduled to be out of town on November 2, 2017 for a hearing in Carson City, Nevada, in the First Judicial District Court, case number: 14 TRT 00047 1B.

This is the parties' first request to continue the hearing on Plaintiff's Motion.

Accordingly, the parties stipulate and agree that the hearing and oral argument on the Motion should be continued as follows:

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED AND AGREED that the hearing on Plaintiff's Motion currently set for November 2, 2017, be continued to ~~November 9, 2017~~ <u>Tuesday, November 28, 2017 at 10:00 a.m.</u> in Courtroom 6C.

DATED: October 26, 2017      DATED: October 26, 2017

By: */s/ Matthew L. Sharp*
Matthew L. Sharp, Esq.
Nevada Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge St.
Reno, NV 89501
Telephone: (775) 324-1500
Fax: (775) 284-0675
matt@mattsharplaw.com
*Co-Counsel for Plaintiff*

By: */s/ David J. Feldman*
David J. Feldman, Esq.
Nevada Bar No. 5947
THE FELDMAN FIRM
8845 West Flamingo Rd., Suite 110
Las Vegas, Nevada 89147
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmangraf.com
*Attorneys for Defendant*

DATED: October 26, 2017

By: */s/ Thomas A. Biscup*
Paul Zebrowski (pro hac vice)
Thomas A. Biscup (pro hac vice)
ZEBROWSKI LAW
45952 Schoenherr Road
Shelby Township, MI 48315
Telephone: (586) 566-7266
Fax: (586) 566-6898
paul@zebrowskilaw.com
tom@zebrowskilaw.com
*Co-Counsel for Plaintiff*

## **ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: October 27, 2017